VIRGINIA:   IN THE LYNCHBURG CIRCUIT COURT
*Samuel Joseph Orlando v. Andrew John Michael, et al*

SAMUEL JOSEPH ORLANDO,           )
                                 )
    *Plaintiff*,                  )
                                 )
v.                               )     Case No. _____
                                 )
ANDREW JOHN MICHAEL, and         )
JANE DOE                         )
                                 )
    *Defendants.*                 )
_____  )

# COMPLAINT

Plaintiff Samuel Joseph Orlando, for his Complaint for Declaratory Relief against defendants Andrew John Michael and Jane Doe, alleges as follows:

## INTRODUCTION

1. America's criminal justice system has a disturbing history of targeting African Americans for selective enforcement and aggressive prosecution of criminal offenses.

2. In the wake of the killing of George Floyd and countless more, this system's proverbial chickens have come home to roost, and the result is an American spring of protests and actions designed to hold Police accountable to the laws we all are required to follow.

3. A recent series of police involved beatings and killings, of mostly Black men, in Augusta County Virginia has spilled into the jurisdiction of this Court, and Plaintiff files this Complaint for Declaratory Relief in an effort to quickly address significant and dangerous due process violations committed by Defendants.

4. Plaintiff is an 18-year-old social justice activist, who has helped lead recent protest efforts in Augusta County, Virginia against racism and corruption by the Augusta County Sheriff's Office ("ACSO"), after two police involved shootings in as many weeks last year.

Amina Matheny-Willard, PLLC
999 Waterside Drive, Suite 2525
Norfolk, Virginia 23510
Amina Matheny-Willard, Esq.
Cell: 757.652.6462
(757-65-A-M-I-N-A)
Firm Tel.: 757.777.3441
Firm Text: 757.239.3961
Firm Fax: 757.282.7808
Email: amina@aminalaw.com
**PARALEGALS**
Ameera Matheny / Cell: 757.633.9891
Email: ameera@aminalaw.com
Delores Golden/Delores@aminalaw.com

**VIRGINIA:   IN THE LYNCHBURG CIRCUIT COURT**
*Samuel Joseph Orlando v. Andrew John Michael, et al*

5. What began as a Black Lives Matter ("BLM") protest for body cameras (cams) became focused on more personal controversies related to Augusta County Sheriff Donald Smith ("Sheriff Smith"), after it was discovered in official court records that Sheriff Smith had lied to federal agents and based on information and belief, lied to a federal grand jury which was investigating his "close friend" for human trafficking and witness intimidation.

6. Plaintiff and other members of a local BLM organization learned of allegations that ACSO deputy sheriffs had sexually molested teens, including the son of a former county official, and that Sheriff Smith covered up the allegations.

7. Plaintiff and other members of a local BLM organization learned of allegations that Sheriff Smith was in a romantic relationship with Felix Chujoy, a felon convicted of several charges in a human trafficking prosecution, and that he had helped hide Chujoy from arrest after he had been indicted on charges related to the distribution of methamphetamine.

8. Plaintiff and other members of a local BLM organization learned that Sheriff Smith used the words "nigger" and "porch monkey" to describe African Americans while he was a leader of the County's TAC (tactical) team.

9. After several weeks of demonstrating with bullhorns without issue, Sheriff Smith began arresting protestors when they would use their bullhorns to reference the personal allegations discussed above.

10. Augusta County Sheriff Office deputies told Plaintiff and other protestors that they had pre-arranged for the protestors to be detained without bond if they continued protesting the Sheriff's office.

Amina Matheny-Willard, PLLC
999 Waterside Drive, Suite 2525
Norfolk, Virginia 23510
Amina Matheny-Willard, Esq.
Cell: 757.652.6462
(757-65-A-M-I-N-A)
Firm Tel.: 757.777.3441
Firm Text: 757.239.3961
Firm Fax: 757.282.7808
Email: amina@aminalaw.com
**PARALEGALS**
Ameera Matheny / Cell: 757.633.9591
Email: ameera@aminalaw.com
Delores Golden/Delores@aminalaw.com

**VIRGINIA: IN THE LYNCHBURG CIRCUIT COURT**
*Samuel Joseph Orlando v. Andrew John Michael, et al*

11. Plaintiff and all of the BLM protestors were advised, through communication from Don McCown, regional manager of the Virginia Magistrate system, that ALL of the magistrates in the 25th judicial district had asserted a conflict of interest in hearing any complaints or conducting any hearings from Black Lives Matter supporters who attended protests at the Sheriff's office.

12. Plaintiff was advised that he would be required to see a magistrate in another judicial district within Region 2 of the Virginia Magistrate System. Lynchburg was specifically defined as an option by Mr. McCown.

13. Plaintiff has been targeted by Sheriff Smith and his supporters, including two individuals who participated in the January 6, 2021, Capitol insurrection. This targeting has included harassment and stalking, and the denial of due process has forced Plaintiff to file civil complaints in several instances that would have best been reserved for criminal court actions.

14. Plaintiff discovered that he was the victim of a violation of § 16.1-309, committed by Sheriff Smith on June 25, 2021. This resulted in public exposure of Plaintiff's personal identifying information along with a criminal charge, in violation of state law since Plaintiff was a juvenile at the time of his arrest for violating the noise ordinance, and such criminal charges are required to be kept confidential by law.

15. Plaintiff brought a criminal complaint against Sheriff Smith before the magistrate at the Lynchburg Adult Detention Center, as he had been directed to do should he have any need to see a magistrate.

Amina Matheny-Willard, PLLC
999 Waterside Drive, Suite 2525
Norfolk, Virginia 23510
Amina Matheny-Willard, Esq.
Cell: 757.652.6462
(757-65-A-M-I-N-A)
Firm Tel.: 757.777.3441
Firm Text: 757.239.3961
Firm Fax: 757.282.7808
Email: amina@aminalaw.com
**PARALEGALS**
Ameera Matheny / Cell: 757.633.9891
Email: ameera@aminalaw.com
Delores Golden/Delores@aminalaw.com

**VIRGINIA: IN THE LYNCHBURG CIRCUIT COURT**
*Samuel Joseph Orlando v. Andrew John Michael, et al*

16. On January 2, 2022, Defendant Jane Doe, a magistrate working in the Lynchburg Adult Detention Center at approximately 9:00 PM, initially refused to accept Plaintiff's complaint because, according to the magistrate, "we don't do that here".

17. After being confronted by the fact that magistrates are in fact the appropriate official to see when seeking a warrant pursuant to a criminal complaint, and that Plaintiff had been directed there by the Magistrate system's Regional Manager who supervises the Lynchburg office, Defendant Doe acquiesced and physically accepted the criminal complaints.

18. Defendant Doe called Plaintiff and his father to the window to conduct a "hearing" on the criminal complaints attempted to be filed by Plaintiff and by his father, which focused on the same incident.

19. Defendant Doe immediately announced that she had Defendant Andrew John Michael joining by telephone, and Defendant Michael acknowledged his presence verbally.

20. Defendant Doe and Defendant Michael proceeded to conduct a hearing on the criminal complaint in the lobby of the magistrate's office.

21. Plaintiff and his father were forced to crouch over and/or get on their knees on the floor so that they could speak through a slot open in the door at approximately waist level. This was necessary in order to hear Defendant Michael who had joined by speakerphone.

22. Defendants made it clear that neither would issue the warrant, but both disclaimed responsibility for the "hearing".

23. Defendant Doe claimed that Defendant Michael had conducted the hearing and denied the issuance of a warrant.

Amina Matheny-Willard, PLLC
999 Waterside Drive, Suite 2525
Norfolk, Virginia 23510
Amina Matheny-Willard, Esq.
Cell: 757.652.6462
(757-65-A-M-I-N-A)
Firm Tel.: 757.777.3441
Firm Text: 757.239.3961
Firm Fax: 757.282.7808
Email: amina@aminalaw.com
**PARALEGALS**
Ameera Matheny / Cell: 757.633.9695
Email: ameera@aminalaw.com
Delores Golden/Delores@aminalaw.com

**VIRGINIA:   IN THE LYNCHBURG CIRCUIT COURT**
*Samuel Joseph Orlando v. Andrew John Michael, et al*

24. Defendant Michael claimed that he was not conducting the hearing and the final decision was from Defendant Doe.

25. Defendant Doe refused to identify herself and refused to give a written confirmation of the denial, stating that she "didn't conduct a hearing".

26. Defendant Doe was heard by Plaintiff and his father stating on the phone to Defendant Michael that there was "***no way I'm issuing a warrant against a sheriff. I'm not doing it***".

27. Defendant Doe was also heard complaining that the Regional Manager had put her in this position to hear such a complaint.

28. While both Defendants participated in what they first called a hearing, neither magistrate ever placed the Defendant or his father under oath to secure testimony pursuant to Virginia Code § 19.2-72.

29. Upon information and belief, Defendants were determined to not issue a warrant pursuant to Plaintiff's criminal complaint even if probable cause of a criminal offense was established. When Defendants learned that Plaintiff had evidence more than sufficient to demonstrate probable cause that Sheriff Smith committed a criminal offense against Plaintiff, they ended the hearing without issuing a warrant and disclaimed taking responsibility for the decision.

30. Defendants Doe and Michael could have exercised their judicial discretion and denied the issuance of a warrant, but instead neither Defendant wanted to accept responsibility for the decision and refused to characterize the interaction as a "hearing".

31. Upon information and belief, the Defendants' unwillingness to conduct a legitimate hearing and issue a decision on the merits is because all of the elements of a violation

Amina Matheny-Willard, PLLC
999 Waterside Drive, Suite 2525
Norfolk, Virginia 23510
Amina Matheny-Willard, Esq.
Cell: 757.652.6462
(757-65-A-M-I-N-A)
Firm Tel.: 757.777.3441
Firm Text: 757.239.3961
Firm Fax: 757.282.7808
Email: amina@aminalaw.com
**PARALEGALS**
Ameera Matheny / Cell: 757.633.1939
Email: ameera@aminalaw.com
Delores Golden/Delores@aminalaw.com

VIRGINIA: IN THE LYNCHBURG CIRCUIT COURT
*Samuel Joseph Orlando v. Andrew John Michael, et al*

of 16.1-309 are met and that such a hearing would require the issuance of a warrant against the Sheriff of Augusta County.

32. It is counsel's opinion that these circumstances are appropriately described as follows: " the thin blue line covers a multitude of sin", and Defendants, in this case, elected to cover for a Sheriff instead of performing their Constitutional duties.

## JURISDICTION AND VENUE

33. The Court's jurisdiction is based on § 17.1-513, *et seq*., and § 8.01-328.1, *et seq*., of the Code of Virginia.

34. Venue is proper pursuant to § 8.01-262(4) of the Code of Virginia.

## PARTIES

35. Plaintiff Samuel Joseph Orlando is a resident of Virginia with a principal residence in Fishersville, Virginia. Orlando is an artist, an activist who supports Black Lives Matter and the LGBTQIA community, and a young entrepreneur.

36. Upon information and belief, Defendant Andrew John Michael is a resident of Virginia. He is the Chief Magistrate for the City of Lynchburg.

37. Upon information and belief, Defendant Jane Doe is a resident of Virginia. She was the magistrate working at the Lynchburg Adult Detention Center at approximately 9:00 PM on January 2, 2021. She refused to provide her name upon request.

## COUNT I

## DECLARATORY RELIEF
*Constitutional Violations of Due Process, Access to a Magistrate, and Rights of a Crime Victim*

38. Plaintiff was denied his right to a hearing on his criminal complaint before an impartial magistrate.

Amina Matheny-Willard, PLLC
999 Waterside Drive, Suite 2515
Norfolk, Virginia 23510
Amina Matheny-Willard, Esq.
Cell: 757.652.6462
(757-65-A-M-I-N-A)
Firm Tel.: 757.777.3441
Firm Text: 757.239.3961
Firm Fax: 757.282.7808
Email: amina@aminalaw.com
**PARALEGALS**
Ameera Matheny / Cell: 757.635.1944
Email: ameera@aminalaw.com
Delores Golden/Delores@aminalaw.com

**VIRGINIA: IN THE LYNCHBURG CIRCUIT COURT**
*Samuel Joseph Orlando v. Andrew John Michael, et al*

39. Virginia's magistrate system is a critical part of the judiciary, and without access a citizen of Virginia loses the ability to seek charges or protective orders in an emergency situation.

40. Plaintiff finds himself in the jurisdiction of this Court not through his own doing, but because he was directed to present his criminal complaint to the magistrate's office that lies within the jurisdiction of this Court.

41. The issues of corruption and criminality in the Augusta County Sheriff's Office is not an issue for this Court; rather, the issue is much more specific and simple and falls squarely in the jurisdiction of this Court.

42. When a member of the public presents to the magistrate a criminal complaint, he or she is guaranteed a hearing on the merits of their complaint.

43. The Constitution of Virginia, article I, Section 2, asserts "That all power is vested in, and consequently derived from, the people, ***that magistrates are their trustees and servants, and at all times amenable to them***."

44. The Constitution of Virginia, article I, Section 8-A (by amendment ratified November 5, 1996), entitled Rights of Victims of Crime, asserts "That in criminal prosecutions, the victim shall be accorded fairness, dignity, and respect by the officers, employees, and agents of the Commonwealth and its political subdivisions…." The Constitution further enumerates this right to include "The right to be treated with respect, dignity, and fairness *at all stages* of the criminal justice system."

45. The Constitution of Virginia, article I, Section 11, asserts "That no person shall be deprived of his life, liberty, or property without due process of law."

Amina Matheny-Willard, PLLC
999 Waterside Drive, Suite 2525
Norfolk, Virginia 23510
Amina Matheny-Willard, Esq.
Cell: 757.652.6462
(757-65-A-M-I-N-A)
Firm Tel.: 757.777.3441
Firm Text: 757.239.3961
Firm Fax: 757.282.7808
Email: amina@aminalaw.com
**PARALEGALS**
Ameera Matheny / Cell: 757.633.9687
Email: ameera@aminalaw.com
Delores Golden/Delores@aminalaw.com

**VIRGINIA:   IN THE LYNCHBURG CIRCUIT COURT**
*Samuel Joseph Orlando v. Andrew John Michael, et al*

46. Plaintiff presented a complaint to Defendant Doe and participated in a "hearing" with both Defendants wherein he established probable cause that he was the victim of a crime, but both Defendants refused to concede that a hearing was held and further refused to hold such a hearing.

47. Upon the Order of this Court, Plaintiff stands ready to appear before a magistrate in Lynchburg to participate in an impartial hearing on his criminal complaint against Augusta County Sheriff Donald Smith.

48. An actual justiciable controversy ripe for adjudication exists between the parties as Plaintiff attempted to assert a criminal complaint in proper form, with associated evidence and testimony, while Defendants, upon Plaintiff's information and belief, declined to perform their ministerial duty to conduct a hearing on the complaint in order to avoid issuing a criminal charge against a siting sheriff.

49. Plaintiff has no adequate remedy at law to resolve this matter.

**WHEREFORE**, the Plaintiff Samuel Orlando, by counsel, prays that this Court enter a judgment declaring that: (1.) Plaintiff is entitled to a hearing on his criminal complaint. (2.) The prior "hearing" afforded Plaintiff failed to constitute a hearing pursuant to Virginia Code § 19.2-72, as neither Defendant, both judicial officers, would agree to perform the hearing and for this reason was a violation of Plaintiff's Constitutional rights as listed in this complaint. (3.) Plaintiff shall recover his costs and fees incurred in this matter, including reasonable attorney's fees. (4.) Granting Plaintiff such other relief as the Court deems just and proper pursuant to Va. Code Ann. § 8.01-186.

Dated this 4th Day of January, 2022

Amina Matheny-Willard, PLLC
999 Waterside Drive, Suite 2525
Norfolk, Virginia 23510
Amina Matheny-Willard, Esq.
Cell: 757.652.6462
(757-65-A-M-I-N-A)
Firm Tel.: 757.777.3441
Firm Text: 757.239.3961
Firm Fax: 757.282.7808
Email: amina@aminalaw.com
**PARALEGALS**
Ameera Matheny / Cell: 757.633.9891
Email: ameera@aminalaw.com
Delores Golden/Delores@aminalaw.com

**VIRGINIA: IN THE LYNCHBURG CIRCUIT COURT**
*Samuel Joseph Orlando v. Andrew John Michael, et al*

**JURY TRIAL DEMANDED**

*Respectfully Submitted,*

By: _____
Amina Matheny-Willard, VSB# 43566
Amina Matheny-Willard, PLLC
999 Waterside Drive, Suite 2525
Norfolk, Virginia 23510
**Cell: 757-652-6462**
Firm Tel.: 757-777-3441
Firm Text: 757-239-3961
Firm Fax: 757-282-7808
Email: amina@aminalaw.com
*Counsel for Plaintiff*

Amina Matheny-Willard, PLLC
999 Waterside Drive, Suite 2525
Norfolk, Virginia 23510
Amina Matheny-Willard, Esq.
Cell: 757.652.6462
(757-65-A-M-I-N-A)
Firm Tel.: 757.777.3441
Firm Text: 757.239.3961
Firm Fax: 757.282.7808
Email: amina@aminalaw.com
**PARALEGALS**
Ameera Matheny / Cell: 757.633.9891
Email: ameera@aminalaw.com
Delores Golden/Delores@aminalaw.com