# Augusta General District Court

 

## Traffic/Criminal Case Details

Augusta General District C

Name Search
Case Number Search
Hearing Date Search
Service/Process Search

Name Search
Case Number Search
Hearing Date Search
Service/Process Search

### Case/Defendant Information

| | | |
|---|---|---|
| **Case Number :** GC21007024-00 | **Filed Date :** 06/28/2021 | **Locality :** AUGUSTA COUNTY |
| **Name :** ORLANDO, SAMUEL J | **Status :** | **Defense Attorney :** |
| **Address :** FISHERSVILLE, VA 22939 | **AKA1 :** | **AKA2 :** |
| **Gender :** Male | **Race :** White | **DOB :** 08/13/**** |

### Charge Information

| | | |
|---|---|---|
| **Charge :** EXCEED MAX SOUND LEVEL | | |
| **Code Section :** 15-7A | **Case Type :** Misdemeanor | **Class :** |
| **Offense Date :** 06/25/2021 | **Arrest Date :** | **Complainant :** SMITH, SHERIFF D |
| **Amended Charge :** | **Amended Code :** | **Amended Case Type :** |

### Hearing Information

| Date | Time | Result | Hearing Type | Courtroom | Plea | Continuance Code |
|---|---|---|---|---|---|---|
| 06/28/2021 | 10:00 AM | Finalized | | | | |

### Service/Process

### Disposition Information

| | | |
|---|---|---|
| **Final Disposition :** Transferred To Another Jurisdiction/Court | | |
| **Sentence Time :** 00Months 000Days 00Hours | **Sentence Suspended Time :** 00Months 000Days 00Hours | |
| **Probation Type :** | **Probation Time :** 00Years 00Months 000Days | **Probation Starts :** |
| **Operator License Suspension Time :** 00Years 00Months 000Days | **Restriction Effective Date :** | |
| **Operator License Restriction Codes :** | | |
| **Fine :** | **Costs :** | **Fine/Costs Due :** |
| **Fine/Costs Paid :** | **Fine/Costs Paid Date :** | **VASAP :** |

Back to Search Results

Home | Virginia's Court System | Online Services | Case Status and Information | Court Administration | Directories | Forms |

Judicial Branch Agencies | Programs

Build #: 6.2.2.2