**PETITION FOR PROTECTIVE ORDER**
Commonwealth of Virginia  Va. Code §§ 19.2-152.9; 19.2-152.10

Case No. GV21001486-00

Hearing Date and Time ...........................

[X] General District Court  [ ] Circuit Court
[ ] Juvenile and Domestic Relations District Court

**SUMMONS FOR HEARING**

TO ANY AUTHORIZED OFFICER: Summon the Respondent as provided below:
TO THE RESPONDENT: You are commanded to appear before this Court on ...........................
DATE AND TIME

at ........................................................... for a hearing on this Petition.
NAME AND ADDRESS OF COURT

................................
DATE ISSUED                [ ] CLERK   [ ] DEPUTY CLERK

Samuel Joseph O'Nanb
PETITIONER

v.

Bristol Byrd Neal
RESPONDENT

331 Windsor Dr
RESPONDENT'S ADDRESS/LOCATION

Fishersville, VA 22939

Telephone no. (H) .................. (W) ..................

TO THE PETITIONER: Please provide your information on form DC-621, NON-DISCLOSURE ADDENDUM.

RESPONDENT'S DESCRIPTION (IF KNOWN)

| RACE | SEX | BORN | | | HT. | | WGT. | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|---|
| | | MO. | DAY | YR. | FT. | IN. | | | |
| W | M | 3 | 12 | 01 | 6 | 1 | 150 | BL | Br |
| | SSN | | | | | | | | |

DRIVER'S LICENSE NO.          STATE    EXP.

*Received Augusta General District Court*

The undersigned Petitioner respectfully represents to the court that:

1. A warrant or petition has been issued charging the Respondent with a criminal offense resulting from the commission of an act of violence, force, or threat; OR

2. Respondent is committing or, within a reasonable time, has committed an act of violence, force, or threat, specifically:

   see attached criminal complaint. I was sexually assaulted over a period of 5 years ending on Nov. 8, 2019. My abuser has been threatening me, yelling profanity outside my home, and coming by at all hours.

[ ] See accompanying affidavit.

3. [ ] Petitioner and Respondent cohabited as intimate partners, more than 12 months ago but not within the previous 12 months.
4. [ ] A protective order of any type involving the parties is currently in effect.
5. [ ] Petitioner knows or has reason to know that the Respondent owns or otherwise possesses firearms.

PETITIONER, THEREFORE, RESPECTFULLY REQUESTS that a protective order be issued,
[ ] with  [ ] without a preliminary protective order being issued prior to the full hearing, and
that any order impose on the Respondent the following conditions and such conditions as the judge deems appropriate as allowed by law:

[ ] Prohibiting acts of violence, force, or threat or criminal offenses that may result in injury to person or property.
[X] Prohibiting such other contact with the Petitioner as the judge deems necessary for the health and safety of the Petitioner.
[X] Prohibiting such other contact with the Petitioner's family or household members named below, as the judge deems necessary for their health and safety. (Please provide on form DC-621, NON-DISCLOSURE ADDENDUM, the date of birth, gender, and race for each family or household member listed.)

................................
NAMES OF FAMILY OR HOUSEHOLD MEMBERS

FORM DC-383 (MASTER, PAGE ONE OF THREE) 07/20

# CRIMINAL COMPLAINT
Commonwealth of Virginia

RULES 3A:3 AND 7C:3

**AUGUSTA**
CITY OR COUNTY

[X] General District Court
[ ] Juvenile and Domestic Relations District Court

Under penalty of perjury, I, the undersigned Complainant swear or affirm that I have reason to believe that the Accused committed a criminal offense, on or about

**11/8/2019**
DATE OFFENSE OCCURRED

in the [ ] City [X] County [ ] Town

of **AUGUSTA**

I base my belief on the following facts: (Print ALL information clearly.)

On or about February of 2015 I was sexually assaulted by Bristol Neal. The sexual assault began when I was 11 and he was 13 or 14, and continued on and off for 5 years. The last assault occurred on or about November 8 of 2019. When I told Bristol that night that I didn't want to do it anymore he told me I had to or he'd tell my mom I was gay. He had previously told my girlfriend i was gay and did stuff with him when i refused to have sex with him. I was bullied online because he shared messages claiming we were having sex. That night he grabbed my buttocks and attempted to insert his finger. I told him to stop. I started a memo recording so that I could have proof of what he was doing. I asked him if we could just do normal stuff, which I didn't want to do anyway, but he insisted we do gross things like me using that bathroom in his mouth. It is so gross and I never wanted to do any of it. When I told Bristol I didn't want to do it he would go between begging me and threatening me. Based on his threats that night i didn't fight back when he placed his face on my buttocks and penetrated my rectum with his tongue. I never ever allowed him to be around me after that night, and he has gotten more and more threatening in messages to me and my friends. On November 8, 2019 I was 16 years of age and Bristol was 18 years old.

Three or four months after the abuse began in 2015 Rebecca Neal, Bristol's mother, walked in on one of the assaults. She closed the door and did nothing to stop it. I know she knew what was happening because she told her son to make sure her husband didn't see him doing that. When I told Bristol I didn't want to spend the night with him anymore Becky told me that that I had to spend time with Bristol or he could hurt himself and it would be my fault. She told me this several times over the 5 years. Since I told Bristol that I would not have sex with him or do the disgusting things he wanted they have begun threatening me and my family. Bristol has come to my house multiple times and hung out outside, and he will text me or my friend to tell me he is there. He has told my friends he wants to commit acts of violence against me. I believe he is dangerous and his mother helps him.

The statements above are true and accurate to the best of my knowledge and belief.

In making this complaint, I have read and fully understand the following:
- By swearing to these facts, I agree to appear in court and testify if a warrant or summons is issued.
- The charge in this warrant cannot be dismissed except by the court, even at my request.

NAME OF COMPLAINANT (LAST, FIRST, MIDDLE)
(PRINT CLEARLY)

SIGNATURE OF COMPLAINANT

Subscribed and sworn to before me this day.

DATE AND TIME

[ ] CLERK  [ ] MAGISTRATE  [ ] JUDGE

FORM DC-311 REVISED 07/11

---

# CRIMINAL COMPLAINT

ACCUSED: Name, Description, Address/Location

**NEAL, BRISTOL BYRD**
LAST NAME, FIRST NAME, MIDDLE NAME

**331 WINDSOR DR**

**FISHERSVILLE, VA 22939**

COMPLETE DATA BELOW IF KNOWN

| RACE | SEX | BORN | | | HT. | | WGT. | EYES | HAIR |
|------|-----|------|---|---|-----|---|------|------|------|
|      |     | MO. | DAY | YR. | FT. | IN. |   |   |   |
| W | M | 3 | 12 | 01 | 6 | 1 | 150 | BL | B |

SSN

[ ] Complainant is not a law-enforcement officer or animal control officer. Authorization prior to issuance of felony arrest warrant given by
  [ ] Commonwealth's attorney
  [ ] Law-enforcement agency having jurisdiction over alleged offense

NAME OF PERSON AUTHORIZING ISSUANCE OF WARRANT

DATE AND TIME AUTHORIZATION GIVEN

10/12/2022  13:52  5402455365  AUGUSTA GDC  PAGE  01/01

Case No. ...........................................................

[ ] Granting the Petitioner possession of the companion animal described as .................................................
                                                                                                  NAME/TYPE

[ ] Such other conditions as the judge may deem necessary to prevent acts of violence, force or threat, criminal offenses resulting in injury to person or property, or communication or other contact of any kind by the Respondent, namely:

........................................................................................................................................................................

11/10/21
.......................................
DATE

                                                                              ..................................................
                                                                                              PETITIONER

.......................................
ATTORNEY'S ADDRESS AND TELEPHONE NUMBER

                                                                      by ..................................................
                                                                                       PETITIONER'S ATTORNEY

(When attested, this Petition shall also be an affidavit of the facts as stated in the Petition.) Sworn to and affirmed before me this

............... day of ........................................., 20 ...............

[ ] INTAKE OFFICER (JUVENILE ONLY)   [ ] CLERK
[ ] NOTARY PUBLIC   My commission expires ........................................
                    Notary Registration No. ........................................

.......................................
DATE AND TIME FILED

                                                                      [ ] CLERK   [ ] DEPUTY CLERK

TO THE PETITIONER: You are summoned to appear in this court on

.......................................
DATE

                                                                      [ ] CLERK   [ ] DEPUTY CLERK

FORM DC-383 (MASTER, PAGE TWO OF THREE) 07/19

Case No. ..................................................

**RETURNS:** Each person was served according to law, as indicated below, unless not found.

| RESPONDENT:<br>Name: Bristol Byrd Neal<br><br>Address: 231 Windsor Dr<br>Fishersville, VA 22939<br><br>Tel. No. ...............<br><br>[ ] PERSONAL SERVICE<br><br>Being unable to make personal service, a copy was delivered in the following manner:<br><br>[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.<br><br>....................................................<br>....................................................<br><br>[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)<br><br>[ ] Not Found<br><br>_____ SERVING OFFICER<br>............... for _____<br>DATE<br><br>...................<br>TIME | PETITIONER: (See form DC-621, NON-DISCLOSURE ADDENDUM)<br>Name: Samuel Joseph Orlando<br><br><br><br>[ ] PERSONAL SERVICE<br><br>Being unable to make personal service, a copy was delivered in the following manner:<br><br>[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.<br><br>....................................................<br>....................................................<br><br>[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)<br><br>[ ] Not Found<br><br>_____ SERVING OFFICER<br>............... for _____<br>DATE<br><br>...................<br>TIME |
|---|---|

"Family or household member" means (i) the person's spouse, whether or not he or she resides in the same home with the person, (ii) the person's former spouse, whether or not he or she resides in the same home with the person, (iii) the person's parents, stepparents, children, stepchildren, brothers, sisters, half-brothers, half-sisters, grandparents and grandchildren regardless of whether such persons reside in the same home with the person, (iv) the person's mother-in-law, father-in-law, sons-in-law, daughters-in-law, brothers-in-law and sisters-in-law who reside in the same home with the person, or (v) any individual who has a child in common with the defendant, whether or not the person and that individual have been married or have resided together at any time, or (vi) any individual who cohabits or who, within the previous twelve (12) months, cohabitated with the person, and any children of either of them residing in the same home with the person.

"Act of violence, force, or threat" means any act involving violence, force, or threat that results in bodily injury or places one in reasonable apprehension of death, sexual assault, or bodily injury. Such act includes, but is not limited to, any forceful detention, stalking, criminal sexual assault in violation of Article 7 (§ 18.2-61 et. seq.) of Chapter 4 of Title 18.2, or any criminal offense that results in bodily injury or places one in reasonable apprehension of death, sexual assault, or bodily injury.