UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| SAMUEL JOSEPH ORLANDO, <br><br> Plaintiff, <br><br> v. <br><br> BRISTOL NEAL, *et al.* <br><br> Defendants. | No.: 5:23-cv-00012-MFU |

**[Proposed] ORDER**

Upon consideration of Plaintiff's Motion for an Order to Show Cause Why Defendants Should Not Be Compelled to Schedule a 26(f) Conference and Why Defendants Should Not Be Ordered to Pay Appropriate Fees and Costs ("Motion"), and all of the papers submitted in support thereof and opposition thereto:

The Motion is hereby GRANTED.  The Court finds that is good cause shown, and IT IS HEREBY ORDERED that Defendants file their response as to why they should not be compelled to schedule a conference in accordance with Federal Rules of Civil Procedure, Rule 26(f) and why they should not be ordered to pay appropriate costs and fees of _____ dollars by May, _____ 2023.

IT IS SO ORDERED.

Dated: _____, 2023.

_____
United States District Court Judge