IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | | |
|---|---|---|
| SAMUEL JOSEPH ORLANDO, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | 5:23-cv-00012 |
| | : | |
| BN and RBN, | : | |
| | : | |
| Defendants. | : | |

## MOTION TO STAY

Come Now the Defendants, BN and RBN, by counsel, and files this Motion for a Stay of the Proceedings under the *Younger* abstention doctrine.

For this reason and for additional reasons included in the accompanying Memorandum, Defendants BN and RBN respectfully request that this Honorable Court grant this Motion and afford such other relief as this Court deems just and proper.

DATED: May 31, 2023

                                                                                                            BN and RBN

                                                                                                             By Counsel

By:    */s/ Bradley Glenn Pollack (VSB #25290)*
           Bradley G. Pollack, Attorney at Law
           440 North Main Street
           Woodstock, VA 22664-1127
           540-459-8600
           bgpollack@gmail.com

CERTIFICATE OF SERVICE

  I hereby certify that on May 31, 2023, I have electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Amina Matheny-Willard<br>
Amina Matheny-Willard, PLLC<br>
999 Waterside Drive, Suite 2525<br>
Norfolk, VA 23510<br>
757-652-6462<br>
Fax: 757-282-7808<br>
Email: amina@aminalaw.com<br>
<br>
Zachary Lawrence<br>
Lawrence Law Firm PLLC<br>
598 E Main Street<br>
Little Falls, NY 13365<br>
202-468-9486<br>
Email: zach@zlawpllc.com

*By:* */s/ Bradley Glenn Pollack (VSB #25290)*
   Bradley G. Pollack, Attorney at Law
   440 North Main Street
   Woodstock, VA 22664-1127
   540-459-8600
   *bgpollack@gmail.com*