IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| SAMUEL JOSEPH ORLANDO,       Plaintiff, | ) )     ) ) ) ) ) | Civil No. 5:23-cv-012 |
| v. | | |
| RBN and BN,       Defendants. | | By:    Michael F. Urbanski            Chief United States District Judge |

## ORDER

On February 3, 2023, the court entered an Order severing Counts 4, 5, 6, and 9 from the Complaint in civil case number 5:22cv0062.

On May 15, 2023, the court entered an Order denying a motion to dismiss filed by defendants RBN and BN and ordering the parties "to proceed with their discovery obligations under Rule 26, including making initial disclosures under Federal Rule of Civil Procedure 26(a)(1) and conferring regarding a proposed discovery plan under Federal Rule of Civil Procedure 26(f)." Order, ECF No 11, at 2.

On May 18, 2023, the court held a hearing by teleconference, the minutes of which reflect that the "Court notes four counts pending in this case. Court orders parties to go forward with discovery." Minute Entry, ECF No. 15. That same day, the court entered a Scheduling Order setting this case for trial on January 2–5, 2024. Scheduling Order, ECF No. 16.

On May 31, 2023, defendants RBN and BN filed a Motion to Stay and supporting memorandum. ECF Nos. 17–18.

On June 2, 2023, a nonparty to this action, David B. Briggman, filed a Motion to Quash Subpoena for Deposition and for a Protective Order and supporting memorandum. ECF No. 19–20.

On June 2, 2023, plaintiff filed a memorandum in opposition to the Motion to Stay. ECF No. 21.

To address all of these pending motions, the court **NOTICES** a hearing in the federal courthouse in Harrisonburg, Virginia, for June 23, 2023, at 11 a.m.

In the meantime, the parties are required to comply with the Federal Rules of Civil Procedure regarding interrogatories, requests for production of documents and other forms of written discovery. Discovery depositions are temporarily **STAYED** pending the June 23, 2023, hearing.

It is so **ORDERED**.

ENTERED:   June 8, 2023

Digitally signed by Michael F. Urbanski   Chief U.S. District Judge
Date: 2023.06.08 08:37:23 -04'00'

Michael F. Urbanski
Chief United States District Judge