IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

**SAMUEL JOSEPH ORLANDO**

vs.

**BRISTOL NEAL, ET AL**

Action No:   5:23CV00012
Date:   6/23/2023
Judge:   Michael F. Urbanski, CUSDJ
Court Reporter:   Frank Austin
Deputy Clerk:   Kristin Ayersman

Plaintiff Attorney(s)
Zachary Lawrence, Amina Matheny-Willard

Defendant Attorney(s)
Brad Pollack, David Briggman - movant

LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:
1.

DEFENDANT:
1.

PROCEEDINGS:
Parties present for PTM on all pending motions.
Dft presentation on ECF 17 (Pollack).
Pltf responds.
Mr. Briggman responds.
Argument.
Pltf (Lawrence) addresses motion to quash.
Pltf (Lawrence) addresses ECF 26.
Ms. Matheny-Willard addresses the court.
Mr. Briggman responds.
Mr. Pollack responds. The court gives Mr. Pollack until 6/30 to file a response to the motion for sanctions; pltf will notify the court if he plans to file a reply.
Court addresses the parties.
Order forthcoming on pending motions, and by oral order, all procedural deadlines are stayed pending the ruling.
Additional comment from Mr. Briggman – oral motion to attend any future hearings prior to 9/15/23 by Zoom or telephone.   TUA.
Mr. Briggman requests ECF filing privileges – court notes not a party to this case and will take up in order that rules on these motions.

Time in Court:   11:06-1:09   2h 3m