CLERK'S OFFICE U.S. DISTRICT COURT
AT HARRISONBURG, VA
FILED

JUL 24 2023

LAURA A. AUSTIN, CLERK
BY: /s/
DEPUTY CLERK

David B. Briggman
7556 Mountain Valley Road
Keezletown, Virginia 22832
(540) 246-5252
briggman@gmail.com

July 21, 2023

Michael Urbanski, Chief Judge
U.S. District Court
116 North Main Street, 3rd Floor
Harrisonburg, Virginia 22802

RE: Correction of Record of June 23, 2023 Hearing
*Orlando v. BN, et al.,* case number 5:23-cv-00012

Dear Judge Urbanski:

I apologize once again for having to send this in letter form, but as we're still on vacation in the Adirondacks and I'm communicating the best way I'm able to. Today, I'm mailing a copy of this letter to the Clerk's Office of this Court, in Harrisonburg, for proper filing.

I'm writing because attorney for the Plaintiff, Amina Matheny-Willard stated falsely during the June 23, 2023 hearing, several things in the statement that she made to you. I believe this should be entered into the record of this case because her statements are demonstrably false, and has been typical with this woman, it allows her to smear me in court and be "covered" by litigation privilege. As such, this is basically the only recourse I have to continue to protect my reputation from her and her clients, because 1) I'm a Notary Public of the Commonwealth, and 2) I'm a freelance paralegal.

On Page 62 of the transcript that was filed with the Court on July 19, 2023, ECF #41, starting on line 5, Matheny-Willard stated that during her "tenure" as an attorney for Nexus Services, "there were criminal charges brought, not by me, but by the Commonwealth, because a sealed court document was released."

First of all, the 12 criminal processes brought against me during her tenure were all citizen-obtained warrants. In fact, all 19 of the criminal processes they've obtained against me were all citizen-obtained.[1] Not a single criminal process was issued on behalf of the Commonwealth or any law enforcement agency thereof.

---

[1] See all 19 of the criminal processes obtained against me since April of 2017 by Nexus principals, employees, or agents thereof at https://bit.ly/nexuswarrants, last accessed July 21, 2023.

Second, Matheny-Willard falsely-stated that I "released" a sealed court document.[2] This too, is demonstrably false, and she knows it to be false.[3] [4] The fact that she's an "Officer of the Court" makes her lie, in my view, that much more serious and is demonstrative that she's either intentionally misleading the Courts when she tells these sort of lies, or she's literally incapable of distinguishing fantasy from reality – especially as she points out to the Court that she's been an attorney for over 23 years, it's inconceivable that she doesn't know that one can't access sealed documents from within OCRA.

In closing your honor, here we have frivolous lawsuits, compounded by lawyers like Matheny-Willard (with decades of experience), who can't even conduct a frivolous lawsuit without lying to the Court. I believe this type of conduct by "Officers of the Court" to be amongst the most-serious threat to our justice system. Personally, I find it offensive that a pre-filing injunction hasn't been requested against Nexus Services, its related entities, its principals, employees, and agents for the tactics they've long engaged in both state and federal courts, understanding that the Court lacks any authority to issue a pre-filing injunction against them over state court filings. That having been said, I do believe a pre-filing injunction against Nexus Services, its related entities, its principals, employees, and agents would be an appropriate sanction. Perhaps the Court would consider such an action, *sua sponte,* though I understand there are several individuals who together may bring an action for injunction against these parties, *pro se.*

Should the Court require an illustration of the expansive amount of frivolous litigation that Nexus Services, et al. have conducted over the years, one merely needs to look at a spreadsheet which illustrates, mostly, civil actions that Nexus has initiated, or where they've been sued and either countersued or appealed.[5]

---

[2] See the letter Matheny-Willard wrote to Jeff Gaines, Commonwealth Attorney for the City of Staunton where she not only accuses me of "unauthorized access" to OCRA which is not supported by the plain language of Section 17.1-293 of the Code of Virginia. See also within the letter the absurd accusation that I have been married to Staunton Circuit Court Judge, Anne Reed, which letter may be viewed at https://bit.ly/mathenyletter/, last accessed July 21, 2023.

[3] See a letter from the Clerk of the Circuit Court for Augusta County who describes how I was able to access this "sealed" document from OCRA – and the fact that at the time I accessed the document, which largely rebukes Matheny-Willard for 11 pages for her conduct in that court, the Court had not issued a sealing order – and so while it may have intended to be immediately sealed, it was not. In fact, I notified the Clerk's Office that it appeared as if the Court had intended the document to have been sealed. Virginia's online court records show that there was an order to seal issued on July 12, 2022, which doesn't explain how Micheal Donovan, Matheny-Willard's client, was legally able to produce the letter to a Magistrate on August 19, 2022, causing the my arrest, which letter may be viewed at http://bit.ly/landesletter/, last accessed July 21, 2023.

[4] See the Motion to Nolle Prosequi Certain Cases where in paragraph six (6), the Commonwealth Attorney for Augusta County wrote: "The allegation is that Mr. Briggman used the Circuit Court Case Information system to access a sealed letter opinion and subsequently posted that letter on his social media page. Sealed files are not accessible through the Circuit Court's online system," which Motion may be viewed at http://bit.ly/motiontonp/, last accessed July 21, 2023.

[5] See https://bit.ly/nexus_frivolous_lawsuits, last accessed July 21, 2023.

Thank you for allowing me to add this to the record.

Respectfully,

David B. Briggman



# UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

EXPECTED DELIVERY DAY: 07/24/23

USPS TRACKING® #



9505 5124 5516 3202 1935 61

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

---

## PRIORITY ★ MAIL ★



VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: David Briggman
7556 Mtn. Valley Rd
Keezletown, VA
22832

TO:
Clerk, USDC
116 N. Main St, 3rd Fl
Harrisonburg, VA
22802

Label 228, March 2016    FOR DOMESTIC AND INTERNATIONAL USE