UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF VIRGINIA

HARRISONBURG DIVISION

| | |
|---|---|
| SAMUEL JOSEPH ORLANDO, | |
| Plaintiff, | |
| v. | No.: 5:23-cv-00012-MFU |
| BRISTOL NEAL, *et al.* | |
| Defendants. | |

**CERTIFICATE OF SERVICE AND FILING**

I hereby certify that on the August 14, 2023, I electronically filed the following documents with the Clerk of the court for the Western District of Virginia:

MOTION for Order to Show Cause in re striking sur-replies, sanctions, all writs act injunction by Samuel Joseph Orlando. (Attachments: # (1) Affidavit Attorney Declaration, # (2) Exhibit Exhibit A (Emails with Plaintiff's Counsel(Zachary Lawrence)), # (3) Exhibit Exhibit B (Email to Plaintiff's Counsel (Amina Matheny-Willard)), # (4) Text of Proposed Order Proposed Order to Show Cause)(Lawrence, Zachary) and this Certificate of Service

on all participants in the case who are registered CM/ECF via the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have dispatched it to a third-party commercial carrier for delivery within 3 calendar days (UPS), to the following non-CM/ECF participants:

David B. Briggman
7556 Mountain Valley Road
Keezletown, VA 22832
540-246-5252
PRO SE

1

Dated: *August 14, 2023*

<u>/s/Zachary Lawrence</u>

Zachary Lawrence