UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRIGNIA
Harrisonburg Division

SAMUEL JOSEPH ORLANDO,

    *Plaintiff*

v.                                                                                  Civil Action No. 5:23-cv-12

BRISTOL NEAL, et al,

    *Defendants*

## MOTION TO QUASH AND FOR PROTECTIVE ORDER

Donald L. Smith, by counsel, files this motion to quash and for protective order under Fed. R. Civ. P. 26 (c) and 45 (d) regarding a subpoena to appear for a deposition on written questions under Fed. R. Civ. P. 31 scheduled for November 9, 2023. The undersigned conferred in good faith with counsel for plaintiff in an effort to resolve the dispute without court action.

For the reasons set forth in the memorandum in support filed herewith, Sheriff Smith requests that the subpoena be quashed, that a protective order be entered disallowing the Rule 31 deposition and prohibiting any future deposition of Sheriff Smith under Rule 30 or 31, and that he be awarded such other and further relief as this Court deems appropriate, including an award of fees and costs associated with bringing this motion.

                                                  DONALD L. SMITH,

                                                  By Counsel

By:    /s/ Rosalie Pemberton Fesser
        Rosalie Pemberton Fessier
        VSB # 39030
        Brittany E. Shipley
        VSB # 93767
        Attorneys for Donald L. Smith
        Timberlake**Smith**
        25 North Central Avenue

Timberlake**Smith**
Staunton, VA
540.885.1517

P. O. Box 108
Staunton, VA 24402-0108
phone:  540/885-1517
fax:       540/885-4537
email:  rfessier@timberlakesmith.com
            bshipley@timberlakesmith.com

CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2023, I have electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

> Zachary Lawrence, Esquire
> Lawrence Law Firm, PLLC
> 166 Five Acres Lane
> Cold Brook, NY   13324
>
> Christopher M. Okay, Esquire
> 117 South Lewis Street, Suite 218
> Staunton  VA  24401
>
> Gene Rossi, Esquire
> Carlton Fields, P.A.
> Suite 400 West
> 1025 Thomas Jefferson Street, NW
> Washington DC  20007-5208
>
> Amina Matheny-Willard
> Amina Matheny-Willard, PLLC
> 999 Waterside Drive, Suite #2525
> Norfolk, VA  23510
>     *Counsel for Plaintiff*
>
> Bradley G. Pollack, Esquire
> Attorney at Law
> 440 North Main Street
> Woodstock, VA   22664-1127
>     *Counsel for BN and RBN*

          /s/  Rosalie Pemberton Fessier
Rosalie Pemberton Fessier
VSB # 39030

2

TimberlakeSmith
Staunton, VA
540.885.1517

Brittany E. Shipley
VSB # 93767
Attorneys for Donald L. Smith
Timberlake**Smith**
25 North Central Avenue
P. O. Box 108
Staunton, VA 24402-0108
phone: 540/885-1517
fax: 540/885-4537
email: rfessier@timberlakesmith.com
bshipley@timberlakesmith.com

w:\lib\tsdocs\29403\0108\00490377.docx