UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF VIRGINIA

HARRISONBURG DIVISION

| | |
|---|---|
| SAMUEL JOSEPH ORLANDO, <br><br> Plaintiff, <br><br> v. <br><br> BRISTOL NEAL, *et al.* <br><br> Defendants. | No.: 5:23-cv-00012-MFU |

## NOTICE OF LODGED EXHIBITS

PLEASE TAKE NOTICE THAT Plaintiff Samuel Orlando has lodged the following exhibits with the Court to correspond to Exhibit A (ECF Doc. No. 97-2) and Exhibit B (ECF Doc. No. 97-3) on November 15, 2023. These have been physically delivered to the Court. Exhibit A consists of a thumb drive containing a digital copy of a "Truncated Version of Deposition Video Recording of James Gragg"; this is contained in the thumb drive under the title "Exhibit A." Exhibit B consists of a thumb drive containing a digital copy of a "Full Version of Deposition Video Recording of James Gragg"; this is contained in the thumb drive under the title "Exhibit B."

Dated: November 15, 2023
Staunton, VA

                                        /s/Zachary Lawrence
                                        Lawrence Law Firm PLLC
                                        166 Five Acres Lane
                                        Cold Brook, N.Y. 13324
                                        202-468-9486
                                        zach@zlawpllc.com
                                        *Pro hac vice* (NY Bar No.: 5798202)
                                        *Attorney for Plaintiff Samuel Joseph Orlando*