Address for:

Rebecca Byrd Neal
Bristol Byrd Neal

2105 Park Ave
Lynchburg, VA 24501

Rebecca B Neal

CLERK'S OFFICE U.S. DISTRICT. COURT
AT HARRISONBURG, VA
FILED

DEC 12 2023

LAURA A. AUSTIN, CLERK
BY: K Dotson
DEPUTY CLERK

5:23CV12

Orlando v. neal, et al