# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

**Samuel Joseph Orlando,**

v.

**Bristol Neal, et al**

Action No: 5:23-cv-00012

Date: 2/29/2024

Judge:   Joel C. Hoppe, USMJ

Court Reporter:   Karen Dotson & Desiree Audia, Cisco Conference Manager

Deputy Clerk:   Karen Dotson

**PLAINTIFF'S ATTORNEY**
Amina Matheny-Willard
Zachary Lawrence

**DEFENSE ATTORNEY**
Pro se

PROCEEDINGS:

Telephonic Discovery Hearing:

Court goes through document requests

Parties argue

Oral motion by Rebecca Neal to file electronically

Dft will file a written motion

Time in Court: 12:32 – 12:55 = 23 minutes