## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| **SAMUEL JOSEPH ORLANDO,** | Action No:   5:22cv00062 |
| vs. | Date:   4/30/2024 |
| **SHERIFF DONALD L. SMITH, et al.,** | Judge:   Joel C. Hoppe, USMJ |
| | Court Reporter:   FTR Gold |
| | Deputy Clerk:   Sarah Melvin |
| **SAMUEL JOSEPH ORLANDO,** | |
| vs. | Action No:   5:23cv00012 |
| **BRISTOL NEAL et al.,** | |

| Plaintiff Attorney(s) | Defendant Attorney(s) |
|---|---|
| Amina Matheny-Willard | Rosalie Fessier |
| Zachary Lawrence | Bristol Neal – Pro Se |
| | Rebecca Neal – Pro Se |

PROCEEDINGS:

Motion hearing held regarding Motion to Stay filed by Rebecca Neal (doc. #67 in 5:22cv62 and doc. #121 in 5:23cv12).

Court hears argument on the motion. Court discusses proceeding pro se with Defendants Rebecca Neal and Bristol Neal.

Discussion held regarding status of discovery.

Order to follow.

Time in Court:   9:59am-10:35am = 36 mins.