CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

May 31, 2024
LAURA A. AUSTIN, CLERK
BY: s/J.Vasquez
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | | |
|---|---|---|
| SAMUEL JOSEPH ORLANDO, | ) | |
| Plaintiff, | ) | Civil Action No. 5:23-cv-00012 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BRISTOL NEAL, et al., | ) | By:   Joel C. Hoppe |
| Defendants. | ) | United States Magistrate Judge |

This matter is before the Court on Defendant Rebecca Byrd Neal's application to proceed in forma pauperis ("IFP"). ECF No. 143. Ms. Neal's IFP application contains statements about her assets and liabilities. *Id.* When Ms. Neal filed the IFP application, she also filed a letter requesting that the Court grant her IFP status and have the United States Marshals Service serve several proposed subpoenas. ECF No. 144.

Under the IFP statute, "any court of the United States may authorize the commencement, prosecution or defense of any suit, action, or proceeding, civil or criminal, or appeal therein without prepayment of fees or security therefor." 28 U.S.C. § 1915(a)(1). "In enacting the federal *in forma pauperis* statute, Congress 'intended to guarantee that no citizen shall be denied an opportunity to commence, prosecute, or defend an action, civil or criminal, in any court of the United States, solely because … poverty makes it impossible … to pay or secure the costs' of litigation." *Denton v. Hernandez*, 504 U.S. 25, 31 (1992) (quoting *Adkins v. E.I. DuPont de Nemours & Co.* 335 U.S. 331, 342 (1948)).

Based on Ms. Neal's financial statement, the Court finds that she is unable to pay the fees to defend this action. Accordingly, the Court GRANTS Ms. Neal IFP status. ECF No. 143. Ms. Neal may proceed without prepayment of fees, including by having the U.S. Marshal serve subpoenas on her behalf. *See* 28 U.S.C. §§ 1915(d), 1921.

Ms. Neal has presented seven proposed subpoenas for documents. ECF Nos. 144-1 to 144-7. One subpoena is directed to Plaintiff Samuel Jospeh Orlando. ECF No. 144-4. Because Ms. Neal may request that Mr. Orlando produce documents under Rule 34 of the Federal Rules of Civil Procedure, issuing a subpoena to him is unnecessary and improper.

For each of the other proposed subpoenas, ECF Nos. 144-1, 144-2, 144-3, 144-5, 144-6, and 144-7, the Clerk is DIRECTED to sign the subpoenas, change the date for production to June 24, 2024, and deliver them to the U.S. Marshal for service. *See* 28 U.S.C. § 1915(d).

The U.S. Marshal is DIRECTED to attempt service of the subpoenas. *Id.*

It is so ORDERED.

ENTER: May 31, 2024

Joel C. Hoppe
U.S. Magistrate Judge

2