CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

May 31, 2024

LAURA A. AUSTIN, CLERK
BY: s/J.Vasquez
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | | |
|---|---|---|
| SAMUEL JOSEPH ORLANDO, <br>     Plaintiff, | ) <br> ) | Civil Action No. 5:22-cv-00062 |
| v. | ) <br> ) | <u>ORDER</u> |
| SHERIFF DONALD L. SMITH, et al., <br>     Defendants. | ) <br> ) | By:    Joel C. Hoppe <br>          United States Magistrate Judge |
| SAMUEL JOSEPH ORLANDO, <br>     Plaintiff, | ) <br> ) | Civil Action No. 5:23-cv-00012 |
| v. | ) <br> ) | <u>ORDER</u> |
| BRISTOL NEAL, et al., <br>     Defendants. | ) <br> ) | By:    Joel C. Hoppe <br>          United States Magistrate Judge |

Defendant Rebecca Byrd Neal, proceeding *pro se*, has filed motions for access to this Court's Case Management/Electronic Case Filing ("CM/ECF") system for these two cases. *Orlando v. Smith*, No. 5:22cv62 (W.D. Va. May 28, 2024), ECF No. 95; *Orlando v. Neal*, No. 5:23cv12 (W.D. Va. May 28, 2024), ECF No. 148. Ms. Neal asks that she be permitted to file documents for herself and documents signed by Defendant Bristol Neal, who is also appearing *pro se* in both cases.

The Court will permit Ms. Neal to use the Court's Case Management/Electronic Case Files ("CM/ECF") system, but she may not file documents on that system for any other party. Western District of Virginia General Local Rule 7(c) provides that the "filing of a … paper by an attorney [or unrepresented party] who is a registered participant in this Court's CM/ECF system shall constitute the signature of that attorney [or unrepresented party] under Federal Rule of Civil Procedure 11 and for all other purposes." Additionally, Local Rule 7(d) forbids a registered CM/ECF participant from allowing another person to use her password. Bristol Neal is not a

1

registered CM/ECF participant, and he is responsible for the representations contained in any paper that he has signed and that he presents to the Court. *See* Fed. R. Civ. P. 11. Accordingly, the rules do not permit Ms. Neal to electronically file papers on Bristol Neal's behalf.

For the foregoing reasons, Ms. Neal's motions, are **GRANTED IN PART, DENIED IN PART for these two cases only**. Ms. Neal must register for CM/ECF and follow certain steps in order to use this Court's CM/ECF system. *See generally* W.D. Va. Gen. R. 7. She will continue to receive—and must continue to serve—all documents in paper copy until the Clerk of this Court approves her CM/ECF application. Once properly registered, Ms. Neal shall be permitted to participate as an ECF filer in these two cases only, for herself only, and only as long as she is not represented by an attorney. She also must comply with W.D. Va. Local General Rule 7, which governs electronic filing in this Court.

It is so ORDERED.

ENTER: May 31, 2024

Joel C. Hoppe
U.S. Magistrate Judge