

# EXECUTIVE INVESTIGATION CONSULTANTS, LC

Erik G. Schneider
29 Stoneridge Dr.
Waynesboro, VA 22980
eschneider@execinv.com
571-721-9224

CLERK'S OFFICE U.S. DISTRICT. COURT
AT HARRISONBURG, VA
FILED

JUN 24 2024

LAURA A. AUSTIN, CLERK
BY: /s/ 
DEPUTY CLERK

6/23/2024

Clerk of Court
United States District Court
Western District of Virginia
116 N. Main St, Rm 314
Harrisonburg, VA 22802

Re: Subpoena in Case No. 5:23-CV-00012

Dear Clerk of Court,

I am writing in response to the subpoenas issued to EIC and to me in connection with the above-referenced case, which required production of certain documents.

After a thorough review of the request and conferring with legal counsel, I have determined that all documents in the possession of myself or EIC that would be responsive to the subpoena are protected under the attorney-client privilege and the attorney work product doctrine.

Upon advice of counsel, I must respectfully assert these privileges and am therefore unable to produce any of the requested documents. I have no non-privileged, responsive documents in my possession.

Thank you for your understanding in this matter. If there are any further questions or if additional information is required, please do not hesitate to contact me.

Sincerely,

Erik G. Schneider
Owner
EIC, LLC, DCJS 11-19050

---

29 Stoneridge Dr, #205
Waynesboro, VA 22980
301-200-1961 / eschneider@execinv.com

RECEIVED
U.S. MARSHALS SERVICE
ROANOKE, VA
3:00 PM May 31 2024



**ORIGINAL**

Issued 5/31/2024

AO88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | |
|---|---|
| SAMUEL JOSEPH ORLANDO<br>*Plaintiff*<br>v.<br>BRISTOL NEAL, ET AL.<br>*Defendant* | Civil Action No. 5:23-CV-00012 |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: ERIK SCHNEIDER
56 UPLAND COURT - STUARTS DRAFT, VA 24477

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: ALL DOCUMENTS IN YOUR POSSESION WHICH REFERENCE REBECCA NEAL, BRISTOL NEAL, BENNY NEAL, OR ANY OTHER MEMBER OF THE NEAL FAMILY, INCLUDING BUT NOT LIMITED TO EMAIL, TEXT MESSAGES, AUDIO AND/OR VIDEO RECORDINGS.

| Place: U.S. DISTRICT COURT, 116 N. MAIN STREET, 3RD FLOOR, HARRISONBURG, VA 22802 | Date and Time:<br>06/24/2024 4:30 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 05/31/2024

CLERK OF COURT

_____  OR  _____
*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____, who issues or requests this subpoena, are:

Rebecca Byrd Neal, Pro Se, 2105 Park Ave., Lynchburg, VA 24501

Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 5:23-CV-00012

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____.

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.: