IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

CLERK'S OFFICE U.S. DISTRICT. COURT
AT LYNCHBURG, VA
FILED

JUL 02 2024

LAURA A. AUSTIN, CLERK
BY: /s/
DEPUTY CLERK

SAMUEL JOSEPH ORLANDO,
   Plaintiff

V.                                          5:23-cv-00012

BRISTOL NEAL, ET AL,
   Defendants.

## DEFENDANTS BRISTOL BYRD NEAL AND REBECCA BYRD NEAL'S REPLY IN SUPPORT OF THE MOTION TO DISMISS CIVIL ACTION NO: 5:22-cv-62 DEFENDANTS MOTION TO DISMISS

Come now the Defendants, Rebecca Byrd Neal and Bristol Byrd Neal, for their response to the Defendants Motion to Dismiss Civil Action 5:22-cv-62.

Defendants Rebecca Byrd Neal (RN-RBN/Ms Neal) and Bristol Byrd Neal (BN/Mr Neal) as Pro Se litigants, submit this Memorandum/Response in support of the motion to Dismiss Civil Action 5:22-cv-62 and enter a Motion to Dismiss Civil Action 5:23-cv-00012.

### Introduction

Defendants, Rebecca Byrd Neal (RBN) and Bristol Byrd Neal (BN) Pro se litigants submit this reply in support of Defendant Sheriff Donald L Smith, et al, motion to dismiss. The motion details the involvement wherein statements by Mr Neal to the Sheriff were used to obtain search warrants on the Plaintiff Samuel Joseph Orlando guardians, Michael Paul Donovan and

Richard Edward Moore. The motion references indicate that the facts submitted by Mr Neal were indeed true and factual.

It is necessary to point out that while Mr Neal poses an obvious threat to the Plaintiffs current life situation via facts shared with law enforcement, Ms Neal also poses an obvious threat as a witness in December for the IRS Tax Withholding case against Mr Moore, as Ms Neal is the former CFO for Mr Moore's company, Nexus Services, which he shared with his husband, Michael Paul Donovan.

I      **PLAINTIFF'S ALLEGATIONS**.

The Plaintiff's claims concerning both Ms Neal and Mr Neal are scant on actual evidence. Limited snippets of text conversations are submitted as evidence. The Plaintiff bears the responsibility of providing evidence which was considered by the Plaintiff and others to be relevant to the charges against both Ms Neal and Mr Neal. The charges brought by the Plaintiff appear to be ginned up "memories" for the benefit of the Plaintiffs guardians in an effort to intimidate and harass the Defendants.

II      **REASONABLENESS OF ALLEGATIONS**

The accusations are fabricated. While the age of the Plaintiff Mr Orlando (11) and the age of the Defendant Mr Neal (13) is a factor in the allegations. Mr Neal was a naive boy paired up with a very sexualized, confident 11 year old. The Plaintiff introduced Mr Neal to Pornography and self pleasure. The relationship described in the complaint would have occurred after July 2015 under the supervision of the Plaintiffs mother, Jacquline Moreau or the Plaintiffs guardians Mr Donovan and Mr Moore.

There is no evidence supporting the accusation that Ms Neal utilized Pressure to facilitate the transportation of the Plaintiff Samuel Joseph Orlando to Virginia six (6) months after the Neal family moved to Virginia. Ms Moreau transported the Plaintiff under her own free will, with ample opportunity to disapprove or cancel the visit.

The timing of the allegations coincide with the termination of Ms Neal when she tried to facilitate a meeting between Mr Neal and the Plaintiffs guardians whom she learned sexually abused Mr Neal. The Plaintiff's guardians were aware that their victim, Mr Neal, was going to the authorities at the time of Ms Neal's termination. The Plaintiff Mr Orlando made his "rape report" a day prior to Ms Neal's termination. The day after Ms Neal's termination, Mr Neal talked to authorities and his information was taken as factual.

## CONCLUSION

Ms Neal and Mr Neal pray that the Court take under consideration that the Plaintiff is acting on the behalf of other parties to silence the Neals. Ms Neal has advised Mr Orlando's Attorney, Zachary Lawrence, of her belief that these are SLAPP lawsuits and should be immediately Dismissed. The Exhibits submitted to the Courts by the Plaintiff are nothing more than hearsay portrayed in fractional format as true and factual, without providing the context of the whole conversation. The allegations are supported by memories from a decade ago, rather than actual documentation and facts. The Defendants are eager to provide whole conversations and/or context when obtained through existing Subpoenas. The status of Subpoenas are not known to the Defendants at this time.

Ms Neal's case for Practicing Law Without a License in Harrisonburg has been continued once again due to evidence from the Plaintiff submitted to the Commonwealth the Morning of June

24, 2024 - the day of the Hearing. This is a common delay practice utilized by the Plaintiff and his legal representation.

Ms Neal and Mr Neal believe that they are disposable by-products to the greater acts of criminality perpetrated by the Nexus brand and the guardians of the Plaintiff Samuel Joseph Orlando, Michael Paul Donovan and Richard Edward Moore. Mr Neal and Ms Neal have shown nothing but kindness and support to the Plaintiff.

The Defendants respectfully request the Court Dismiss Civil Action NO: 5:23-cv-00012

DATED: July 2, 2024
Lynchburg, VA

                                      Respectfully submitted,

                                      Rebecca Byrd Neal, et, al
                                      Bristol Byrd Neal
                                      2105 Park Avenue
                                      Lynchburg, VA 24501
                                      540-435-4559
                                      540-810-6752
                                      rebaneal78@gmail.com
                                      Birdybyrd2@icloud.com

_/s/ Rebecca Neal_
REBECCA B NEAL, ET, AL


_/s/ Bristol Byrd Neal_
BRISTOL BYRD NEAL, ET, AL

## CERTIFICATE OF SERVICE

Defendants, Rebecca Byrd Neal and Bristol Byrd Neal, pro se, hereby notifies the Court that Response and Motion to Dismiss was filed in Lynchburg, Virginia July 2, 2024. A true copy was mailed to Counsel for the Plaintiff, Zachary Lawrence on July 2, 2024