IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

July 15, 2024

LAURA A. AUSTIN, CLERK
BY: s/J.Vasquez
    DEPUTY CLERK

| | |
|---|---|
| SAMUEL JOSEPH ORLANDO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 5:23-cv-012 |
| v. ) | |
| ) | By: Michael F. Urbanski |
| BRISTOL NEAL and REBECCA ) | Senior United States District Judge |
| BYRD NEAL, ) | |
| ) | |
| Defendants. ) | |

## ORDER

It is **ORDERED** and **ADJUDGED** that this case is **REFERRED** to the Honorable C. Kailani Memmer, United States Magistrate Judge, for the purposes of an in-person mediation. The parties are advised that any information provided during the settlement proceeding shall be treated on a confidential basis and shall not be shared with any other officer of the court.

The parties are **DIRECTED** to contact Judge Memmer's chambers to schedule a date for this mediation. The Clerk is **DIRECTED** to send certified copies of this Order to all parties and to Judge Memmer.

It is so **ORDERED**.

Entered: July 11, 2024

Michael F. Urbanski
Senior United States District Judge

1