UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| SAMUEL JOSEPH ORLANDO | ) | |
| *Plaintiff* | ) | |
| | ) | Civil Case 5:23-CV-12 |
| v. | ) | |
| | ) | Chief Judge Michael F. Urbanski |
| BRISTOL NEAL et al. | ) | |
| *Defendants* | ) | |

## MOTION FOR WITHDRAWAL OF GENE ROSSI AS COUNSEL

The undersigned counsel hereby moves this Honorable Court for an Order approving withdrawal of Gene Rossi as counsel of record for Plaintiff Samuel Joseph Orlando and in support states:

1. Carlton Fields, P.A., is a law firm on record for this case.

2. Attorney Rossi, as a shareholder Carlton Fields, has entered an appearance in this case on behalf of the Plaintiff.

3. The Plaintiff has been given notice of Attorney Rossi's withdrawal and has requested the representation of the case be entirely handled by the other Plaintiff's counsel of record in this matter.

4. The Plaintiff fully agrees with and consents to the withdrawal of Attorney Rossi.

5. Attorney Rossi's withdrawal will neither result in the Plaintiff's proceeding pro se nor will it cause the continuance of a trial or hearing.

January 13, 2025                             Respectfully submitted,

                                             /s/    *Gene Rossi*
                                             Gene Rossi, Esquire
                                             Virginia Bar Number 93136
                                             Carlton Fields, P.A.
                                             Suite 400 West

        1025 Thomas Jefferson Street, NW
        Washington, DC 20007-5208
        Telephone: 202-965-8119
        Cell: 703-627-2856
        Email: grossi@carltonfields.com

*Counsel for Plaintiff Samuel Joseph Orlando*

SO ORDERED this _____ day of January 2025.


_____
Honorable Michael F. Urbanski