IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
2/7/2025
LAURA A. AUSTIN, CLERK
BY: s/K. Lokey
     DEPUTY CLERK

| | |
|---|---|
| **SAMUEL JOSEPH ORLANDO,** | ) |
| | ) |
| **Plaintiff,** | ) Case No. 5:23-cv-012 |
| | ) |
| v. | ) By:   Michael F. Urbanski |
| | ) Senior United States District Judge |
| **REBECCA BYRD NEAL et al.,** | ) |
| | ) |
| **Defendants.** | ) |

### ORDER

The court is in receipt of counsel for Mr. Orlando's request for clarification "on an issue regarding Count VI of plaintiff's complaint." ECF No. 200. In response to that request, and because Mr. Orlando's current counsel was not present at the hearing conducted in this matter on July 9, 2024, ECF No. 159, the court **DIRECTS** the official court reporter to prepare and docket the pages of the transcript for that hearing pertaining to the instant case against defendants Rebecca Neal and Bristol Neal.

The transcript of the July 9, 2024, hearing provides sufficient information to new counsel for plaintiff regarding the basis for the Order entered on July 11, 2025, ECF No. 160, as to which counsel seeks clarification. As such, the motion for pretrial conference, ECF No. 200, is **DENIED** as moot.

Further, for the reasons stated on the record at the pretrial conference held on February 5, 2025, plaintiff's motion for an extension of time, ECF No. 195, is **DENIED**.  If the case does not resolve at the settlement conference scheduled for February 10, 2025, it will proceed to jury trial on Tuesday, February 11, 2025, in Harrisonburg.

It is so **ORDERED**.

Entered: February 7, 2025

Mike Urbanski
Senior U.S. District Judge
2025.02.07 08:48:15
-05'00'

Michael F. Urbanski
Senior United States District Judge

1