IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

February 10, 2025
LAURA A. AUSTIN, CLERK
BY: s/J.Vasquez
 DEPUTY CLERK

SAMUEL JOSEPH ORLANDO, )
)
   Plaintiff, ) Case No. 5:23-cv-012
)
v. ) By: Michael F. Urbanski
) Senior United States District Judge
REBECCA BYRD NEAL et al., )
)
   Defendants. )

## ORDER

This matter is before the court on plaintiff Samuel Joseph Orlando's motion to dismiss this case without prejudice. ECF No. 203. The motion is **DENIED**. Defendants Rebecca Byrd Neal and Bristol Neal have not agreed to dismiss this case without prejudice. The mediation scheduled for February 10, 2025, will go forward. If the matter is not resolved at mediation, the trial scheduled to begin February 11, 2025, will proceed, weather permitting, on the first available date this week.

It is **SO ORDERED**.

Entered: February 10, 2025

Michael F. Urbanski
Senior United States District Judge