UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| SAMUEL JOSEPH ORLANDO, )<br>)<br>Plaintiff, )<br>)<br>) <br>v. )<br>)<br>REBECCA BYRD NEAL, et al )<br>)<br>Defendants. ) | CAFN: 5:23-cv-00012-MFU-JCH<br><br>CLERK'S OFFICE U.S. DISTRICT COURT<br>AT HARRISONBURG, VA<br>FILED<br><br>FEB 0 7 2025<br><br>LAURA A. AUSTIN, CLERK<br>BY: /s/<br>DEPUTY CLERK |

## THE PARTIES' STIPULATION OF DIMSISSAL

The parties have stipulated, pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), to dismiss all federal claims (Counts IV, V, and VI) in this case **WITH PREJUDICE and the remaining state law claim** (Count IX) **WITHOUT PREJUDICE.**

Respectfully submitted this 10th day of February 2025.

/s/ Mario Williams
Mario Williams
Georgia Bar No. 235254
5600 Roswell Road, Bldg. C, Ste 103
Sandy Springs, GA 30342
*Attorney for Plaintiff*

/s/ Rebecca Byrd Neal
Rebecca Byrd Neal

/s/ Bristol Neal
Bristol Neal

1 | Page