CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

February 10, 2025

Laura A. Austin, Clerk
BY: /s/ K. Lokey
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| SAMUEL JOSEPH ORLANDO, ) | |
| ) | |
| Plaintiff, ) | Case No. 5:23-cv-012 |
| ) | |
| v. ) | By: Michael F. Urbanski |
| ) | Senior United States District Judge |
| REBECCA BYRD NEAL et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Following mediation with U.S. Magistrate Judge Joel C. Hoppe, the parties signed a stipulation of dismissal, agreeing to dismiss plaintiff Samuel Joseph Orlando's federal claims with prejudice and the remaining state law claim without prejudice. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the federal claims, Counts IV, V, and VI, are hereby **DISMISSED with prejudice**. The state law claim, Count IX, is hereby **DISMISSED without prejudice**.

This case is closed and stricken from the docket of the court.

It is **SO ORDERED**.

Entered: February 10, 2025

Michael F. Urbanski
Senior United States District Judge

1